THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID NICHOLSON<br><br>    Plaintiff,<br><br>  vs.<br><br>BLEFA KEGS, INC., a Delaware Corporation; GRINDING AND POLISHING MACHINERY CORPORATION, an Indiana Corporation; and JOHN DOE MANUFACTURER 1-4,<br><br>    Defendants. | No. 3:21-cv-05435-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii) |

## I.   STIPULATION

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff David Nicholson and Defendants BLEFA Kegs, Inc. and Grinding and Polishing Machinery Corporation (collectively, "Defendants"), by and through their attorneys of record, hereby stipulate that all of plaintiff's claims and causes of action against Defendants should be dismissed with prejudice and without an award of fees or costs to any party.

STIPULATED TO this 2nd day of June, 2022.

KARR TUTTLE CAMPBELL

By: /s/ Jason J. Hoeft (approved via email)
    Jason J. Hoeft, WSBA #39547
    701 Fifth Avenue, Suite 3300
    Seattle, WA 98104
    jhoeft@karrtuttle.com
    Attorneys for Plaintiff

BENNETT BIGELOW & LEEDOM, PS

By: /s/ David M. Norman
    William J. Leedom, WSBA #2321
    David M. Norman, WSBA #40564
    601 Union Street, Suite 1500
    Seattle, WA 98101
    wleedom@bbllaw.com
    dnorman@bbllaw.com
    Attorneys for Defendant BLEFA Kegs, Inc.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii) - Page 1
03029-008.001\3396544.docx

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986

1  LEWIS BRISBOIS BISGAARD & SMITH

2

3  By: */s/ George S. Pitcher* *(approved via email)*
   George S. Pitcher, WSBA #27713
4  Ross C. Van Ness, WSBA #53076
   888 SW Fifth Avenue, Suite 900
5  Portland, OR 97204
   george.pitcher@lewisbrisbois.com
6  ross.vanness@lewisbrisbois.com
   Attorneys for Defendant Grinding and
7  Polishing Machinery Corporation

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii) -
Page 2
03029-008.001\3396544.docx

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986

## II. ORDER

Having come before the Court on the Parties' Stipulation and Order of Dismissal With Prejudice, and having fully considered the same and found good cause exists therefor:

IT IS HEREBY ORDERED that:

Plaintiff's claims against Defendants are dismissed with prejudice and without costs to any party.

DATED this 2nd day of June, 2022.

_____
The Honorable John H. Chun
United States District Court

KARR TUTTLE CAMPBELL

By: */s/ Jason J. Hoeft* *(approved via email)*
    Jason J. Hoeft, WSBA #39547
    701 Fifth Avenue, Suite 3300
    Seattle, WA 98104
    jhoeft@karrtuttle.com
    Attorneys for Plaintiff

BENNETT BIGELOW & LEEDOM, PS

By: */s/ David M. Norman*
    William J. Leedom, WSBA #2321
    David M. Norman, WSBA #40564
    601 Union Street, Suite 1500
    Seattle, WA 98101
    wleedom@bbllaw.com
    dnorman@bbllaw.com
    Attorneys for Defendant BLEFA Kegs, Inc.

LEWIS BRISBOIS BISGAARD & SMITH

By: */s/ George S. Pitcher* *(approved via email)*
    George S. Pitcher, WSBA #27713
    Ross C. Van Ness, WSBA #53076
    888 SW Fifth Avenue, Suite 900
    Portland, OR 97204
    george.pitcher@lewisbrisbois.com
    ross.vanness@lewisbrisbois.com
    Attorneys for Defendant Grinding and Polishing Machinery Corporation

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii) - Page 3
03029-008.001\3396544.docx

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986

# CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

| | |
|---|---|
| **Counsel for Defendant Grinding & Polishing**<br>George S. Pitcher<br>Lewis Brisbois Bisgaard & Smith LLP - Portland<br>888 SW Fifth Avenue, Suite 900<br>Portland, OR  97204<br><br>Ross C. Van Ness<br>Heather M. Jensen<br>(971) 712-2800<br>asbestospdx@lewisbrisbois.com<br>Ross.VanNess@lewisbrisbois.com<br>heather.jensen@lewisbrisbois.com | ☐ Legal Messenger<br>☐ Facsimile<br>☒ ECF/Email<br>☐ 1st Class mail<br>☐ Federal Express |
| **Counsel for Plaintiff**<br>Jason J. Hoeft<br>Karr Tuttle Campell<br>701 5th Avenue, Suite 3300<br>Seattle, WA 98104<br>(206) 224-8080<br>jhoeft@karrtuttle.com | ☐ Legal Messenger<br>☐ Facsimile<br>☒ ECF/Email<br>☐ 1st Class mail<br>☐ Federal Express |

By: /s/ David M. Norman
David M. Norman, WSBA No. 40564
Bennett Bigelow & Leedom, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
Telephone: (206) 622-5511
Fax: (206) 622-8986
Email: dnorman@bbllaw.com
Attorneys for BLEFA Kegs, Inc.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii) - Page 4
03029-008.001\3396544.docx

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986